DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STEVEN M. FEDYSZYN,

Appellant,

v.

KAREN L. FEDYSZYN and SHIRLEY FEDYSZYN,

Appellees.

No. 2D2025-0974

_____

June 19, 2026

Appeal from the Circuit Court for Hillsborough County; Michael S. Williams, Judge.

Mark F. Baseman of Felix & Baseman, Tampa, for Appellant.

Kristin A. Norse, Molly Schindler, and Brandon K. Breslow of Kynes, Markman & Felman, P.A., Tampa, for Appellee Karen L. Fedyszyn.

No appearance for Appellee Shirley Fedyszyn.

PER CURIAM.

Affirmed.

NORTHCUTT, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior publication.